**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Fernando Flores<br>Beatriz Flores De Flores | CASE NO.: LA10-55162-EC |
| | **NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS** |
| DEBTOR(S) | DATE: December 3, 2010<br>TIME: 9:00 am<br>PLACE: Sheraton Los Angeles Downtown Hotel<br>711 South Hope Street<br>ROOM: Redondo B - Ballroom Level<br>LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated:  11/12/10**

_____

**Kathy A. Dockery**
**Chapter 13 Trustee**

| | |
|---|---|
| In re: **FERNANDO FLORES**<br>**BEATRIZ FLORES DE FLORES** | CHAPTER: 13<br><br>CASE NUMBER: **LA10-55162-EC** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.   **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 11/12/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.   **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/12/2010 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**

| | |
|---|---|
| In re **FERNANDO FLORES**<br>**BEATRIZ FLORES DE FLORES** | CHAPTER: 13<br>CASE NUMBER: **LA10-55162-EC** |

## Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Aspire
PO Box 790317
Saint Louis, MO 63179

BAC HOME LOAN SERVICING, L.P.
7105 CORPORATE DRIVE
PLANO, TX 75024

BAC Home Loans Servicing, LP
PO BOX 515503
Los Angeles, CA 90051

BAC Home Loans Servicing, LP
PO BOX 515504
Los Angeles, CA 90051

Beatriz Flores De Flores
9419 Beverly Blvd
Pico Rivera, CA 90660

CAPITAL ONE BANK
PO BOX 60599
CITY OF INDUSTRY, CA 91716-0599

CHASE
PO BOX 78052
Phoenix, AZ 85065

CHASE
PO BOX 94014
PALATINE, IL 60094

Credit One Bank
PO Box 60500
City Of Industry, CA 91716-0500

Direct TV
P.O. Box 54000
Los Angeles, CA 90054-1000

Equifax Credit Information
Bankruptcy Notification
PO BOX 740241
Atlanta, GA 30374

Fernando Flores
Beatriz Flores De Flores
9419 Beverly Blvd
Pico Rivera, CA 90660

FIRST PREMIER BANK
P O BOX 5147
SIOUX FALLS, SD 57117

HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY, CA 91716

HSBC Credit Center
PO BOX 60101
City Of Industry, CA 91716

I.C. System, Inc.  
PO BOX 64794  
Saint Paul, MN 55164

L.BISHOP AUSTIN & ASSOCIATES  
3250 WILSHIRE BLVD  
SUITE 1500  
LOS ANGELES, CA 90010

Lang, Richert & Patch  
A Professional Corporation  
PO BOX 40012  
Fresno, CA 93755

Leroy Bishop Austin  
L.Bishop Austin & Associates  
3250 Wilshire Blvd Ste 1500  
Los Angeles, CA 90010-1502

SOLOMON AND SOLOMON PC  
PO BOX 15019  
ALBANY, NY 12211-2501

Sprit  
PO BOX 4181  
Carol Stream, IL 60197

Toyota Financial Services  
PO BOX 5236  
Carol Stream, IL 60197

Trans Union Credit Bureau  
Bankruptcy Notification  
PO BOX 2000  
Chester, PA 19022

WELLS FARGO BANK, NA  
ATTN: REMITTANCE PROCESSING  
PO BOX 14487  
DES MOINES, IA 50306-0306

WELLS FARGO FINANCIAL CARDS  
PO BOX 98795  
LAS VEGAS, NV 89193

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**