Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number
L. Bishop Austin
L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010
(213) 388-4939 Fax: (213)388-2411
California State Bar Number: 175497

☒ Attorney for: Debtor
☐ Pro Se Debtor

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHAPTER 13

CASE NUMBER 2:10-bk-55162-EC

In re

Fernando Flores
Beatriz Flores De Flores

Debtor(s).

**DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**

**LOCAL BANKRUPTCY RULE 3015-1(m)**

I, Fernando Flores & Beatriz Flores De Flores *(Debtor's name),* hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 10/20/2010.
2. I am the owner of real property[1] at the following street address:

   9419 Beverly Blvd,
   Pico Rivera, CA 90660 (the "Property").

3. The Property is encumbered by the following deeds of trust:
   a. First deed of trust in favor of Bac Home Loans Servicing, LP.
   b. Second deed of trust in favor of Chase *(if applicable).*
   c. Third deed of trust in favor of Bac Home Loans Servicing, LP *(if applicable).*

*(Continued on next page)*

[1]A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).


Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

| In re | |
|---|---|
| Fernando Flores<br>Beatriz Flores De Flores<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-55162-EC |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Bac Home Loans Servicing, LP | **$1,838.20** | **1-15th November 2010** | **10/28/2010** |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| Chase | **$447.00** | **1-15th November 2010** | **11/04/2010** |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| Bac Home Loans Servicing, LP | **$79.41** | **1-15th November 2010** | **11/04/2010** |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.



Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com
Best Case Bankruptcy

| In re Fernando Flores, Beatriz Flores De Flores, Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-55162-EC |
|---|---|

6. Attached to this declaration are copies of the:

☐ cashier's checks, ☒ money orders, ☐ certified funds, or

☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date November 16 2010 Signature /s/ Fernando Flores
Fernando Flores
Debtor

Date November 16, 2010 Signature /s/ Beatriz Flores De Flores
Beatriz Flores De Flores
Joint Debtor



Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com Best Case Bankruptcy

CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
DALLAS TX 75266
DALLAS TX 75266
OFFICIAL USE

7010 1870 0000 4360 7565

| | | |
|---|---|---|
| Postage | $ $0.44 | 0180 |
| Certified Fee | $2.80 | 09 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.54 | 10/28/2010 |

Sent To BAC Home Loans Servicing L.P.
Street, Apt. No.; or PO Box No. P.O. BOX. 66033
City, State, ZIP+4 Dallas TX 75266-0833
PS Form 3800, August 2006 See Reverse for Instructions

1st Deed
NOV 2010 pmt.

FOR YOUR PROTECTION SAVE THIS COPY
Customer Copy

**MONEY ORDER**

1129205458

**Service Instructions**
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

10/28/2010

**California**

**Pay To The Order Of** BAC Home Loans Service LP
P O Box 66033
DALLAS TX 75266 0833

$ **********1,000.00***

**Pay** ONE THOUSAND DOLLARS AND 00 CENTS

NON NEGOTIABLE
SENDER

**NOT VALID FOR MORE THAN $1000.00**

**TERMS**
**PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.**

FOR YOUR PROTECTION SAVE THIS COPY
Customer Copy

**MONEY ORDER**

1129205459

**Service Instructions**
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

10/28/2010

**California**

**Pay To The Order Of** BAC Home Loans Service LP
P.O BOX 66033
DALLAS TX 75266 0833

$ ************838.20***

**Pay** EIGHT HUNDRED THIRTY EIGHT DOLLARS AND 20 CENTS

NON NEGOTIABLE
SENDER

**NOT VALID FOR MORE THAN $1000.00**

**TERMS**
**PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.**

Chase

CHASE

#0041940075 6298

Keep this receipt as a record of your purchase.

#2:10-bK-55162-EC

2nd

FOR YOUR PROTECTION SAVE THIS COPY

**Customer Copy**

**MONEY ORDER**

1129205658

**Service Instructions**
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

11/04/2010

**California** LOAN #0041940075 6298

**Pay To The Order Of** CHASE

$ ************447.00***

**Pay** FOUR HUNDRED FORTY SEVEN DOLLARS AND 00 CENTS

NON NEGOTIABLE

SENDER

**NOT VALID FOR MORE THAN $1000.00**

**TERMS**
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.

3rd

CHASE

B.AC.

Keep this receipt as a record of your purchase.

# 12817725

CASE # 2:10-BK-55162-EC

FOR YOUR PROTECTION SAVE THIS COPY

**Customer Copy**

**MONEY ORDER**

1129205659

**Service Instructions**
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

11/04/2010

**California** LOAN # 12817725

**Pay To The Order Of** BAC HOME LOAN SERVICING $ *************79.41 ***

**Pay** SEVENTY NINE DOLLARS AND 41 CENTS

NON NEGOTIABLE

SENDER

**NOT VALID FOR MORE THAN $1000.00**

**TERMS**
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.

FERNANDO & BEATRIZ FLORES.

7010 0780 0001 7458 6756

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

LOS ANGELES CA 90051

PICO RIVERA CA 90660-9998

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | $2.80 | |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.54 | |

0180 12 NOV 04 2010 11/04/2010 USPS

Sent To: BAC Home Loans Services LP
Street, Apt. No.; or PO Box No.: P.O. Box 515 04
City, State, ZIP+4: LA CA 90051 6804

PS Form 3800, August 2006 See Reverse for Instructions

7010 0780 0001 7458 6763

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

PHOENIX AZ 85062

PICO RIVERA CA 90660-9998

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | $2.80 | |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.54 | |

0180 12 NOV 04 2010 11/04/2010 USPS

Sent To: Chase
Street, Apt. No.; or PO Box No.: P O Box 78035
City, State, ZIP+4: Phoenix AZ 85062 8035

PS Form 3800, August 2006 See Reverse for Instructions