L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>Fernando Flores<br><br>Beatriz Flores De Flores<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:10-bk-55162-EC<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Fernando Flores & Beatriz Flores De Flores, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On November 02, 2010 I purchased and sent my Chapter 13 Plan Payment $300.00 to my Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the money order(s). This payment is for the month of November 2010

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 16, 2010

_____
Debtor

_____
Joint Debtor

1

**CHASE**

Keep this receipt as a record of your purchase.

*Trustee*
*PLAN PMT NOV 2010*

FOR YOUR PROTECTION SAVE THIS COPY
**MONEY ORDER**

Customer Copy

1129205548

Service Instructions
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

11/02/2010

California

Pay To The Order Of

$ ***********300.00***

Pay    THREE HUNDRED DOLLARS AND 00 CENTS

**NON NEGOTIABLE**

NOT VALID FOR MORE THAN $1000.00    SENDER

**TERMS**
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.

262111107 NEW 01/08 BB10001308

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    **MONEY ORDER**    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE**

1129205548  91-2/1221

Date  11/02/2010

Pay To The Order Of  *CHAPTER 13 TRUSTEE*

$ ***********300.00***

Pay    THREE HUNDRED DOLLARS AND 00 CENTS

*FERNANDO FLORES*
SENDER
*CASE # 2:10-bK-55162 EC*
ADDRESS:
JPMorgan Chase Bank, N.A.
Phoenix, AZ

NOT VALID FOR MORE THAN $1000.00
MEMO  *PLAN PMT NOV 2010*

⑈1129205548⑈ ⑆12210002⑆ 806002218⑈