L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Fernando Flores<br>Beatriz Flores De Flores<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:10-bk-55162-EC<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Fernando Flores and Beatriz Flores De Flores, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On November 26, 2010 I purchased and sent my Chapter 13 Plan Payment $300.00 to my Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the money order(s). This payment is for the month of December 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 01, 2010

_____
Debtor

_____
Joint Debtor

1



# CHASE

Keep this receipt as a record of your purchase.

Fernando M. Ptoos  
9419 Beverly Blvd  
Pico Rivera CA 90660  
#2106K 55162 - E.C

Chapter 13 Trustee  
P.O. Box 691  
Memphis TN 38101

FOR YOUR PROTECTION SAVE THIS COPY  
**MONEY ORDER**

Customer Copy

1129205902

Service Instructions  
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

11/26/2010

California

Pay To The Order Of                                                                 $ ************300.00***

Pay          THREE HUNDRED DOLLARS AND 00 CENTS

**NON NEGOTIABLE**

NOT VALID FOR MORE THAN $1000.00                               SENDER

**TERMS**  
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.