| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-55162-EC |
|---|---|
| In re<br><br>Fernando Flores<br>Beatriz Flores De Flores<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, _Fernando Flores & Beatriz Flores De Flores_ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on _10/20/2010_ .

2. I am the owner of real property[1] at the following street address:

    _9419 Beverly Blvd,_

    _Pico Rivera, CA 90660_ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of _Bac Home Loans Servicing, LP_ .

    b. Second deed of trust in favor of _Chase_ *(if applicable)*.

    c. Third deed of trust in favor of _Bac Home Loans Servicing, LP_ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009  
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4  
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*

F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re<br>Fernando Flores<br>Beatriz Flores De Flores<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-55162-EC |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Bac Home Loans Servicing, LP | $1,838.20 | 1-15th November 2010 | 10/28/2010 |
| | $1,857.29 | 1-15th December 2010 | 11/26//2010 |
| | $1,857.69 | 1-15th January 2011 | 12/24/2010 |
| Creditor | | | |
| Chase | $447.00 | 1-15th November 2010 | 11/04/2010 |
| | $447.00 | 1-15th December 2010 | 11/26/2010 |
| | $447.00 | 1-15th January 2011 | 12/24/2010 |
| Creditor | | | |
| Bac Home Loans Servicing, LP | $79.41 | 1-15th November 2010 | 11/04/2010 |
| | $79.41 | 1-15th December 2010 | 11/26/2010 |
| | $76.85 | 1-15th January 2011 | 12/24/2010 |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*  F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br>Fernando Flores<br>Beatriz Flores De Flores<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-55162-EC |
|---|---|

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☒ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  January 26, 2011            Signature  _____
                                              Fernando Flores
                                              Debtor

Date  January 26, 2011            Signature  _____
                                              Beatriz Flores De Flores
                                              Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                   F 3015-1.4

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

LOS ANGELES, CA 90051

| | | |
|---|---|---|
| Postage | $ | $0.44  0180 |
| Certified Fee | | $2.80  05 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.54  12/24/2010 |

Postmark Here

Sent To: BAC Home loans Servicing LP
Street, Apt. No.; or PO Box No.: P. O. Box 51503
City, State, ZIP+4: LA CA 90051 6803

PS Form 3800, August 2006    See Reverse for Instructions

7010 0290 0000 8428 1512

# 210 BK 55162 EC
# 106462884

---

FOR YOUR PROTECTION SAVE THIS COPY
**MONEY ORDER**

**Customer Copy**
1129206295

Service Instructions
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

California                                                                              12/24/2010

Pay To The Order Of: BAC Home loans Ser LP
P. O Box 51503
LA CA 90051 6803

$ **********1,000.00***

Pay    ONE THOUSAND DOLLARS AND 00 CENTS

**NON NEGOTIABLE**
------------------------------
SENDER

NOT VALID FOR MORE THAN $1000.00

**TERMS**
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR

---

FOR YOUR PROTECTION SAVE THIS COPY
**MONEY ORDER**

**Customer Copy**
1129206296

Service Instructions
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

California                                                                              12/24/2010

Pay To The Order Of: BAC Home loans Servicing
P. O Box 51503
LA CA 90051 6803

$ ***********857.69***

Pay    EIGHT HUNDRED FIFTY SEVEN DOLLARS AND 69 CENTS

**NON NEGOTIABLE**
------------------------------
SENDER

NOT VALID FOR MORE THAN $1000.00

**TERMS**
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

PHOENIX AZ 85062

| | |
|---|---|
| Postage | $ |
| Certified Fee | $0.44 |
| Return Receipt Fee (Endorsement Required) | $2.80 |
| Restricted Delivery Fee (Endorsement Required) | $2.30 |
| Total Postage & Fees | $ |

Postmark Here
0180
05

Sent To: Chase Bank    12/24/2010
Street, Apt. No. or PO Box No.: P.O. Box 78035
City, State, ZIP+4: Phoenix AZ 85062-8035

PS Form 3800, August 2006    See Reverse for Instructions

7010 0290 0000 8428 1529

# 449 400 256 298
# 2:10-bk-55162-EC

---

FOR YOUR PROTECTION SAVE THIS COPY
**MONEY ORDER**     Customer Copy

1129206293

Service Instructions
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

California                                                12/24/2010

Pay To The Order Of: Chase Bank
P.O. Box 78035
Phoenix AZ 85062-8035

$ ************447.00***

Pay    FOUR HUNDRED FORTY SEVEN DOLLARS AND 00 CENTS

**NON NEGOTIABLE**
SENDER

NOT VALID FOR MORE THAN $1000.00

**TERMS**
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.

---

**MONEY ORDER**

1129206296

Service Instructions
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

                                                        12/24/2010
California

Pay To The Order Of: Bac Home Loan Servicing
P.O. Box 515503
LA CA 90051-6803

$ ************857.69***

Pay    EIGHT HUNDRED FIFTY SEVEN DOLLARS AND 69 CENTS

**NON NEGOTIABLE**
SENDER

NOT VALID FOR MORE THAN $1000.00

**TERMS**
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.

**CHASE**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

LOS ANGELES CA 70051

| | | |
|---|---|---|
| Postage | $ | $0.44 | 0180 |
| Certified Fee | | $2.80 | 05 |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.54 | 12/24/2010 |

Sent To: _BAC Home Loans Servicing LP_
Street, Apt. No.; or PO Box No. _P.O. Box 515704_
City, State, ZIP+4 _LA CA 90051-6804_

PS Form 3800, August 2006    See Reverse for Instructions

7010 0290 0002 8428 1505

Keep this rec...

#138117725
# 210 BK 55162 EC

---

FOR YOUR PROTECTION SAVE THIS COPY        **Customer Copy**

# MONEY ORDER

1129206294

**Service Instructions**
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

12/24/2010

California

**Pay To The Order Of**   BAC Home Loans Servicing LP
P. O Box 515704
LA CA 90051-6804

$ *************76.85 ***

**Pay**   SEVENTY SIX DOLLARS AND 85 CENTS

## NON NEGOTIABLE

**NOT VALID FOR MORE THAN $1000.00**        SENDER

**TERMS**
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.