L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In Re:<br><br>Fernando Flores<br>Beatriz Flores De Flores<br><br>Debtor(s) | **CHAPTER 13**<br>CASE NO: 2:10-bk-55162-EC<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |
|---|---|

I, Fernando Flores and Beatriz Flores De Flores, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On January 21, 2011 I purchased and sent my Chapter 13 Plan Payment $300.00 to my Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the money order(s). This payment is for the month of February 2011

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 27, 2011

_____
Debtor

_____
Joint Debtor

1

2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 44 |
| --- | --- | --- |
| Certified Fee | | 280 |
| Return Receipt Fee (Endorsement Required) | | 230 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 554 |

Postmark Here

Sent To: Chapter 13 Trustee
Street, Apt. No.; or PO Box No. P O Box 691
City, State, ZIP+4 memphis TN 38101

PS Form 3800, August 2006         See Reverse for Instructions

7010 1870 0000 4362 2027

...ase.

# 2:10 BK 55162 EC

Chapter 13 Trustee
P. O Box 691
Memphis TN 38101

**FOR YOUR PROTECTION SAVE THIS COPY**
**MONEY ORDER**

**Customer Copy**

1129206641

Service Instructions
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

California                                                           01/21/2011

Pay To The Order Of: Chapter 13 Trustee
P O Box 691
Memphis TN 38101

$ ************300.00***

Pay: THREE HUNDRED DOLLARS AND 00 CENTS

**NON NEGOTIABLE**

NOT VALID FOR MORE THAN $1000.00                              SENDER

**TERMS**
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.