| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-55162-EC |
| In re<br><br>Fernando Flores<br>Beatriz Flores De Flores<br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Fernando Flores & Beatriz Flores De Flores *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 10/20/2010.

2. I am the owner of real property[1] at the following street address:

   9419 Beverly Blvd,

   Pico Rivera, CA 90660                                                              (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of Bac Home Loans Servicing, LP.

   b. Second deed of trust in favor of Chase *(if applicable)*.

   c. Third deed of trust in favor of Bac Home Loans Servicing, LP *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 3015-1.4
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                      Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re | CHAPTER 13 |
|---|---|
| Fernando Flores  Beatriz Flores De Flores                               Debtor(s). | CASE NUMBER 2:10-bk-55162-EC |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Bac Home Loans Servicing, LP | $1,838.20 | 1-15th November 2010 | 10/28/2010 |
|  | $1,857.29 | 1-15th December 2010 | 11/26//2010 |
|  | $1,857.69 | 1-15th January 2011 | 12/24/2010 |
| Creditor | $1,857.69 | 1-15th February 2011 | 01/21/2011 |
|  | $447.00 | 1-15th November 2010 | 11/04/2010 |
| Chase | $447.00 | 1-15th December 2010 | 11/26/2010 |
|  | $447.00 | 1-15th January 2011 | 12/24/2010 |
| Creditor | $447.00 | 1-15th February 2011 | 01/21/2011 |
|  | $79.41 | 1-15th November 2010 | 11/04/2010 |
| Bac Home Loans Servicing, LP | $79.41 | 1-15th December 2010 | 11/26/2010 |
|  | $76.85 | 1-15th January 2011 | 12/24/2011 |
|  | $79.41 | 1-15th February 2011 | 01/21/2011 |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re<br>Fernando Flores<br>Beatriz Flores De Flores<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 2:10-bk-55162-EC |
|---|---|

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☒ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date   January 26, 2011                    Signature  *[signature]*
                                                      Fernando Flores
                                                      Debtor

Date   January 26, 2011                    Signature  *[signature]*
                                                      Beatriz Flores De Flores
                                                      Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

LOS ANGELES CA 90051

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.54 |

Postmark Here   05   01/22/2011

Sent To: Bac Home Funds Service LP
Street, Apt. No; or PO Box No.: P O Box 515503
City, State, ZIP+4: LA Ca 90051-6203

PS Form 3800, August 2006    See Reverse for Instructions

7010 1870 0000 4362 1983

---

#106462884
#210EK·57162EC

FOR YOUR PROTECTION SAVE THIS COPY
**MONEY ORDER** — Customer Copy

1129206644

Service Instructions
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

California                                01/21/2011

Pay To The Order Of: Bac Home Funds Service LP
P-O Box 515503 LA CA 90051

$ ************857.69***

Pay   EIGHT HUNDRED FIFTY SEVEN DOLLARS AND 69 CENTS

**NON NEGOTIABLE**
SENDER

NOT VALID FOR MORE THAN $1000.00

**TERMS**
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.

---

#10646 2884
#210 EK 57 162 EC

FOR YOUR PROTECTION SAVE THIS COPY
**MONEY ORDER** — Customer Copy

1129206643

Service Instructions
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

California                                01/21/2011

Pay To The Order Of: Bac Home Funds Service LP
P.O Box 515503 LA CA 90051

$ **********1,000.00***

Pay   ONE THOUSAND DOLLARS AND 00 CENTS

**NON NEGOTIABLE**
SENDER

NOT VALID FOR MORE THAN $1000.00

**TERMS**
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.



```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®
PHOENIX AZ 85062

Postage              $    $0.44        0180
Certified Fee             $2.80         05
Return Receipt Fee                              Postmark
(Endorsement Required)    $2.30               Here
Restricted Delivery Fee
(Endorsement Required)    $0.00
Total Postage & Fees $    $5.54        01/22/2011

Sent To Chase Bank
Street, Apt. No.;
or PO Box No. P.O. Box 78035
City, State, ZIP+4
Phoenix AZ 85062-8035

PS Form 3800, August 2006          See Reverse for Instructions
```

Keep this receipt as a record of your purchase.

Chase Bank

# 449 400 776 298
# 210 bk 55162 E.C

**FOR YOUR PROTECTION SAVE THIS COPY**
**MONEY ORDER**

Customer Copy

1129206645

Service Instructions
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

California                                                                01/21/2011

Pay To The    Chase Bank
Order Of      P.O. Box 78035                                    $ ***********447.00***
              Phoenix AZ 85062-8035

Pay           FOUR HUNDRED FORTY SEVEN DOLLARS AND 00 CENTS

                                **NON NEGOTIABLE**

NOT VALID FOR MORE THAN $1000.00    SENDER

**TERMS**
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR THEFT OF THE INSTRUMENT.

# CHASE ◯

Keep this receipt as a record of your purchase.

**U.S. Postal Service ™**
**CERTIFIED MAIL ™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

LOS ANGELES CA 9005A        OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 | 0180 |
| Certified Fee | | $2.80 | 05 |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.54 | 01/22/2011 |

Sent To
  Bac Home Loans Servic LP
Street, Apt. No.
or PO Box No. P. O Box 515 504
City, State, ZIP+4
  LA Ca 90051-6804

PS Form 3800, August 2006                    See Reverse for Instructions

7010 1670 0000 4362 1990

# 128 117 725
# 210 BK 55162 EC

---

**FOR YOUR PROTECTION SAVE THIS COPY**
# MONEY ORDER

**Customer Copy**

**1129206642**

Service Instructions
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER
INFORMATION ABOUT THIS ITEM.

California                                                      01/21/2011

Pay To The      Bac Home Loans Servic LP
Order Of        P. O Box 515 504                           $ *************79.41 ***
                LA Ca 90051 6804

Pay    SEVENTY NINE DOLLARS AND 41 CENTS

## NON NEGOTIABLE

NOT VALID FOR MORE THAN $1000.00           SENDER

**TERMS**
PURCHASER/DRAWER AGREES TO ENTER THE NAME OF A PAYEE AND SIGN THE INSTRUMENT IMMEDIATELY UPON
PURCHASE. FAILURE TO DO SO WILL RESULT IN THE PURCHASER/DRAWER BEARING THE RISK OF ANY LOSS OR
THEFT OF THE INSTRUMENT.