L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Fernando Flores<br>Beatriz Flores De Flores<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 2:10-bk-55162-EC<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Fernando Flores and Beatriz Flores De Flores, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On Feb. 18, 2011    I purchased and sent my Chapter 13 Plan Payment $300.00 to my Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691.** See attached copy of the money order(s). This payment is for the month of MARCH 2011

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 03/16/11

_____
Debtor

_____
Joint Debtor

1



